RECEIVED
APR 2 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:09-0103 |
| | | CIVIL NO. 6:12-1951 |
| VERSUS | * | JUDGE DOHERTY |
| KEVIN RAY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Kevin Ray's Motion to Correct Illegal Sentence [rec. doc. 89] filed pursuant to Title 28 U.S.C. § 2255 be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _22_ day of _April_, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE